THE STATE EX REL. FOLLOWELL, APPELLEE, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLANTS.

[Cite as *State ex rel. Followell v. Indus.
Comm.* (1998), 82 Ohio St.3d 176.]

(No. 95–2252—Submitted May 12, 1998—Decided June 17, 1998.)

*William D. Snyder & Associates* and *John Lesko,* for appellee.

*Betty D. Montgomery,* Attorney General, and *William D. Haders,* Assistant Attorney General, for appellants.

The judgment of the court of appeals is affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.